UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AILEEN S. MARTINEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW SAUL,<br><br>    Defendant.[1] | Case No. 19-cv-01522-JST<br><br>**ORDER EXTENDING DEADLINE FOR PLAINTIFF TO FILE MOTION; ORDER TO SHOW CAUSE** |

On August 9, 2019, Defendant Andrew Saul filed an answer to Plaintiff Aileen S. Martinez's complaint seeking review of a decision by the Commissioner of Social Security. ECF No. 16. Martinez was required to "serve and file a motion for summary judgment or for remand within 28 days of service" of the answer. ECF No. 4. That 28-day period expired on September 6, 2019, and Martinez has not filed either motion.

Martinez is ordered to show cause as to why she failed to file a timely motion. She shall file a written response to this order to show cause within fourteen days of the date of this order. Martinez shall also file her motion for summary judgment or for remand by the same date. Failure to file a timely motion or response to the order to show cause may result in dismissal of this case for failure to prosecute.

**IT IS SO ORDERED.**

Dated: September 24, 2019

                                                JON S. TIGAR
                                           United States District Judge

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Commissioner of Social Security Andrew Saul is automatically substituted as a party as the successor to Nancy A. Berryhill.